# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WILLIE M. CAULEY

NO.   2020 KW 0249

APR 2 8 2020

---

In Re:   Willie M. Cauley, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. (unknown)

---

**BEFORE:  WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

**WRIT GRANTED** for the sole purpose of transferring the Motion for Speedy Trial to the district court for its consideration. The original of the writ application will be forwarded to the district court clerk of court.

**VGW**
**JMG**
**WJB**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.